UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 26-49952 |
| KEVIN ANTONIE BROOKS, II, *pro se,* | Chapter 7 |
| Debtor. | Judge Thomas J. Tucker |

_______________________________ /

**ORDER DISMISSING CASE, AND BARRING THE DEBTOR FROM FILING ANY NEW BANKRUPTCY CASE UNLESS AND UNTIL THE DEBTOR HAS PAID IN FULL THE FILING FEE FOR THIS CASE**

On September 8, 2026, the Debtor filed a voluntary petition for relief under Chapter 7, commencing this case. On September 17, 2026, the Debtor filed a "Certificate of Counseling" (Docket # 19), which states that on September 16, 2026, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

The Debtor only received a credit counseling briefing eight days *after* filing the bankruptcy petition. With exceptions not applicable here, 11 U.S.C. § 109(h)(1) requires a debtor to obtain a credit counseling briefing *on or before* the date of filing the bankruptcy petition.

Accordingly,

IT IS ORDERED that this case is dismissed.

IT IS FURTHER ORDERED that the Debtor is barred from filing any new case under the Bankruptcy Code, and the Clerk is directed not to accept for filing any further bankruptcy petition(s) by or on behalf of the Debtor, unless and until the Debtor first pays in full the $338.00 filing fee for this case.

**Signed on September 18, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**